UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR06-380-RSM |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| BRYAN RODGER TEAL, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on January 22, 2008. The United States was represented by Assistant United States Attorney Matthew Diggs, and the defendant by Paula Deutsch.

The defendant had been charged and convicted of Felon in Possession of Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). On or about January 28, 2005, defendant was sentenced by the Honorable Ricardo S. Martinez to a term of thirty (30) months in custody, to be followed by thirty-six (36) months of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, substance abuse program, financial disclosure, and search.

In a Petition for Warrant or Summons, dated July 11, 2007, U.S. Probation Officer Calvin Bouma asserted the following violations by defendant of the conditions of his supervised release:

(1) Using marijuana on or about January 16, 2007, in violation of standard condition

No. 7.

(2) Failing to answer truthfully all inquiries by the probation officer on our about January 31, 2007, in violation of standard condition No. 3.

(3) Failing to maintain work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons, in violation of standard condition No. 5.

(4) Failing to report a change of address on or about July 3, 2007, in violation of standard condition No. 6.

(5) Failing to appear for drug testing on or about July 9, 2007, in violation of the special condition that he participate in and successfully complete a substance abuse treatment program, to include drug testing.

The defendant was advised of his rights, acknowledged those rights, and admitted to the five alleged violations.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations numbers 1, 2, 3, 4 and 5, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Ricardo S. Martinez on February 13, 2008, at 10:00 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 22nd day of January, 2008.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge:         Honorable Ricardo S. Martinez
    AUSA:                   Mr. Matthew Diggs
    Defendant's attorney:   Ms. Paula Deutsch
    Probation officer:      Mr. Calvin Bouma

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 2